Alice A. Young, Respondent, v. Samuel Mundheim Company, Appellant.— Judgment of the Municipal Court affirmed on argument, with costs. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

In the Matter of the Application of Julius Hochfelder for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Samuel Goldinger, Respondent, v. Abraham Cohen and Others, Appellants.— Motion for stay denied, with costs. A doubt being raised on the papers as to the existence of the client represented, the costs should be paid by the attorney personally. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

In the Matter of the Application and Petition of Michael T. Daly, etc. (Lake Gleneida.)— Motion granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ. Resettle order before Mr. Justice Jenks.

Samuel Mogile, Respondent, v. Edward Hamburger, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Shendel Spiegler, Appellant, v. Jacob Wax, Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Isaac Brown, Appellant, v. Louis Mader, Respondent.— There being no appellant's brief or appearance of counsel to argue the appeal, judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

The Engineer Company, Respondent, v. The Gutta-Percha and Rubber Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

William F. Lennon, Respondent, v. Catharine Doring, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Isaac Lublin, Respondent, v. John Henle, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

John O'Brien, Respondent, v. William Ulmer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Andrew Rohr, Appellant, v. Joel D. Madden, President of the Village of Ossining, and Others, Respondents.— Appeal dismissed on argument, without costs, on the ground that the question presented is purely academic. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Gardiner Van Nostrand, Individually and as One of the Executors and Trustees under the Last Will and Testament of John J. Van Nostrand, Deceased, and Others, Respondents, v. Frances Stanton Van Nostrand and Others, Respondents, and Anabel Gardiner Van Nostrand, Appellant.— Appeal dismissed, without costs, on stipulation of parties, and order signed.

Gardiner Van Nostrand, Individually and as One of the Executors and Trustees under the Last Will and Testament of John J. Van Nostrand, Deceased, and